In the Matter of the Claim of ANNA H. BORGIO, Respondent, against HEGEMAN FARMS CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued November 24, 1941; decided January 15, 1942.

*Anthony J. Caputo* and *Byron Clark* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

*Walter A. Fullerton* for Beatrice Hobbs, *amicus curiæ.*

Order affirmed, with costs, on the authority of *Matter of Curtin* v. *City of New York* (287 N. Y. 338), decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.